Yvette D. Roland (SBN 120311)
DUANE MORRIS LLP
633 West 5th Street, Suite 4600
Los Angeles, CA 90071-2065
Telephone: (213) 689-7400
Facsimile: (213) 689-7401
Email address: ydroland@duanemorris.com

Gregory P. Gulia *(Pro Hac Vice)*
Eric W. McCormick *(Pro Hac Vice)*
Vanessa C. Hew *(Pro Hac Vice)*
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020

Attorneys for Plaintiff
Unilever Supply Chain, Inc.

Steven H. Haney (SBN 121980)
HANEY, BUCHANAN & PATTERSON LLP
707 Wilshire Boulevard
Fifty-Third Floor
Los Angeles, CA 90017
Telephone: (213) 228-6500
Facsimile: (213) 228-6501
Email address: shaney@hbplaw.com

Attorneys for Defendant
Manual Regalado d/b/a El Cowboy

**ENTER JS-6**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNILEVER SUPPLY CHAIN, INC., <br><br> Plaintiff, <br><br> v. <br><br> MANUAL REGALADO D/B/A EL COWBOY, <br><br> Defendant. | **Case No.: 09-CV-05829 (RSWL) (VBKx)** <br><br> **FINAL JUDGMENT ON CONSENT** |

WHEREAS, this action was commenced on August 10, 2009 by the filing of the Summons and Complaint, copies of the Summons and Complaint having been duly served on Defendant; and

WHEREAS, all parties to this action have agreed to resolve it by the entry of this Final Judgment on Consent;

WHEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Subject to the provisions of the Settlement Agreement between Plaintiff and Defendant, Defendant, his employees and agents, and all those in active concert and participation with Defendant, are permanently enjoined and restrained from, directly or indirectly:

(a)   using or authorizing any third party to use as a trademark, service mark, domain name, business name, trade name or symbol of origin SUAVE, any name or mark incorporating SUAVE, and/or any other counterfeit, copy, simulation, confusingly similar variation, or colorable imitation of Plaintiff's SUAVE® trademark in any manner or form, on or in connection with any business, products or services, or in the marketing, advertising and promotion of same anywhere in the world;

(b)   registering or applying to register as a trademark, service mark, domain name, trade name or other source identifier or symbol of origin SUAVE, whether by itself or in combination with any other words or designs, or any other mark, trade dress or name that infringes on or is likely to be confused with Plaintiff's SUAVE® trademark for any goods or services anywhere in the world; and

(c)   aiding, assisting or abetting any other party in doing any act prohibited by sub-paragraphs (a) and (b).

IT IS FURTHER ORDERED that, pursuant to 15 U.S.C. 1119, United States Trademark Registration Number 3,310,288 is hereby cancelled and the Commissioner

for Trademarks for the United States Patent and Trademark Office ("USPTO") is directed to enter the cancellation of Registration number 3,310,288 in the USPTO records.

IT IS FURTHER ORDERED that within five (5) business days of the entry of this Final Judgment on Consent, Plaintiff's counsel shall file a copy of this Final Judgment on Consent in the USPTO.

IT IS FURTHER ORDERED that each of the parties shall bear its or his own costs and attorneys' fees.

SO ORDERED, THIS 13th DAY OF MAY, 2010 in Los Angeles, California:

*/s/ Ronald S.W. Lew*
_____
Honorable Ronald S.W. Lew
United States District Judge